**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

_____

KIMBERLY N. HAYES

        Plaintiff,

v.

                                     Case No: 11-14596-DT

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter case was referred to United States Magistrate Judge Michael Hluchaniuk pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 72.1.  The magistrate judge issued his report on February 4, 2013, recommending that defendant's motion for summary judgment should be DENIED,  that plaintiff's motion for summary judgment be GRANTED, that the findings of the Commissioner be REVERSED and that the case be REMANDED for further proceedings.    No objections have been filed pursuant to 28 U.S.C. 636(b)(1)(C), thus further appeal rights are waived.[1]

Having reviewed the file and the report, the court concludes that the findings and conclusions of the Magistrate Judge are correct and ADOPTS the same for purposes of this Order.

_____

[1]     The failure to object to the magistrate judge's report releases the court from its duty to independently review the motion.  *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

**ORDER**

IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the plaintiff's motion for summary judgment is **DENIED**, the defendant's motion for summary judgment is **GRANTED,** the findings of the Commissioner are **REVERSED** and the case is **REMANDED** for further proceedings.

IT IS SO ORDERED.

 s/Robert H. Cleland_____
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  February 28, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 28, 2013, by electronic and/or ordinary mail.

 s/Lisa Wagner_____
Case Manager and Deputy Clerk
(313) 234-5522

2